416

816 A.2d 1099

**Wendy GLOFFKE, Petitioner**

**v.**

**Melvin ROBINSON and Lehigh and Northampton Transportation Authority, a/k/a/ Lanta, n/k/a Lanta–Metro, Respondents.**

Supreme Court of Pennsylvania.

Feb. 20, 2003.

***ORDER***

PER CURIAM.

**AND NOW,** this 20th day of February 2003, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the question of whether the sovereign immunity provision (42 Pa.C.S. § 8528), and the local governmental immunity provision (42 Pa.C.S. § 8553), violate the due process and equal protection clauses of the Pennsylvania and U.S. Constitutions.

Justice LAMB did not participate in the consideration or decision of this matter.